UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DAVITT, | )<br>) |
| Petitioner, | ) 3:07-cv-0344-RCJ-VPC<br>) |
| vs. | ) **ORDER**<br>) |
| E.K. MCDANIEL, *et al.*, | )<br>) |
| Respondents. | ) |

Before the court is petitioner's request for a copy of the respondents' pleading opposing the writ. Respondents note they do not oppose producing such a document but cannot ascertain which document petitioner is requesting. Respondents filed a motion to dismiss the petition on August 22, 2008. That is the only responsive pleading on the court's docket.

**IT IS THEREFORE ORDERED** that petitioner's request is **GRANTED.** Respondents shall provide petitioner with a copy of the motion to dismiss the petition filed on August 22, 2008.

DATED: This 9th day of June, 2010.

UNITED STATES DISTRICT JUDGE